1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    CHAD NOBLE,                                 1:22-cv-01318 CDB (HC)

12                      Petitioner,

13          v.                                     ORDER TRANSFERRING CASE TO THE
                                                   UNITED STATES DISTRICT COURT FOR
14    TRATE,                                       THE SOUTHERN DISTRICT OF INDIANA

15                      Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18    28 U.S.C. § 2241.

19          The federal venue statute requires that a civil action, other than one based on diversity

20    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21    are residents of the State in which the district is located, (2) a judicial district in which a substantial

22    part of the events or omissions giving rise to the claim occurred, or a substantial part of the property

23    that is the subject of the action is situated, or (3) if there is no district in which an action may

24    otherwise be brought as provided in this section, any judicial district in which any defendant is

25    subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

26          In this case, the petitioner is challenging a conviction and sentence issued from the United

27    States District Court for the Southern District of Indiana.  Therefore, the petition should have been

28    filed in the United States District Court for the Southern District of Indiana.  In the interest of

                                                    1

justice, a federal court may transfer a case filed in the wrong district to the correct district.  <u>See</u> 28

U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

District Court for the Southern District of Indiana.

IT IS SO ORDERED.

Dated:   **October 24, 2022**          _____
UNITED STATES MAGISTRATE JUDGE

2